MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00240-JAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| VICTOR Q. BARRAZA, | |
| Defendant. | |

The United States' motion to unseal the Indictment is GRANTED.

DATED: May 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE