HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorney for Defendant
VICTOR BARRAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  </br>   Plaintiff,  </br> vs.  </br> VICTOR BARRAZA,  </br>   Defendant. | Case No.  2:19-cr-00240-JAM  </br>  </br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**  </br>  </br> Date:  July 14, 2020  </br> Time:  9:15 a.m.  </br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Justin Lee, attorneys for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorneys for defendant Victor Barraza that the Status Conference set for July 14, 2020 be continued to August 11, 2020 at 9:30 a.m.

Defense counsel requires additional time to review discovery, conduct investigation and mitigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 11, 2020, pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation

Respectfully submitted,

Dated:July 13, 2020       HEATHER E. WILLIAMS
                          Federal Defender

                          /s/ Lexi Negin
                          LEXI NEGIN
                          Assistant Federal Defender
                          Attorney for Defendant
                          VICTOR BARRAZA


Dated: July 13, 2020      McGREGOR W. SCOTT
                          United States Attorney

                          /s/ Justin Lee
                          JUSTIN LEE
                          Assistant Unied States Attorney
                          Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including August 11, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 14, 2020 status conference shall be continued until August 11, 2020, at 9:30 a.m.


Dated:   July 13, 2020                           /s/ John A. Mendez_____

                                                 Hon. John A. Mendez
                                                 United States District Court Judge