HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorney for Defendant
VICTOR BARRAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>Plaintiff,  )<br>           )<br>vs.  )<br>           )<br>VICTOR BARRAZA,  )<br>           )<br>Defendant.  )<br>           )<br>           ) | Case No. 2:19-cr-00240-JAM<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME**<br><br>Date:  August 18, 2020<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Justin Lee, attorneys for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorneys for defendant Victor Barraza that time be excluded through August 18, 2020.

    The Court issued a minute order of unavailability and moved the Status Conference from August 11, 2020 to August 18, 2020 at 9:30 a.m. (Doc 17).

    Defense Counsel also needs additional time to communicate with Mr. Barraza, investigate the allegations and mitigation as well as to review discovery.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 18, 2020, pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4,

2  based upon continuity of counsel and defense preparation

    Respectfully submitted,

Dated:July 21, 2020                HEATHER E. WILLIAMS
                                   Federal Defender

                                   *s/ Lexi Negin*
                                   LEXI NEGIN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   VICTOR BARRAZA


Dated: July 21, 2020               McGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Justin Lee*
                                   JUSTIN LEE
                                   Assistant Unied States Attorney
                                   Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including August 18, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).

Dated:  July 21, 2020                                         /s/ John A. Mendez_____

Hon. John A. Mendez
United States District Court Judge