HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorney for Defendant
VICTOR BARRAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00240-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:  August 18, 2020 |
| VICTOR BARRAZA, | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott,  through Assistant United States Attorney Justin Lee, attorneys for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorneys for defendant Victor Barraza that the Status Conference set for August 18, 2020 be continued to October 20, 2020 at 9:30 a.m.

In light of the COVID-19 pandemic, defense counsel requires additional time to conduct investigation and mitigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 20, 2020, pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon defense preparation

                                          Respectfully submitted,

Dated: August 13, 2020          HEATHER E. WILLIAMS
                                          Federal Defender

                                          *s/ Lexi Negin*
                                          LEXI NEGIN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          VICTOR BARRAZA

Dated: August 13, 2020         McGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Justin Lee*
                                          JUSTIN LEE
                                          Assistant Unied States Attorney
                                          Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including October 20, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 18, 2020 status conference shall be continued until October 20, 2020, at 9:30 a.m.

Dated:  August 13, 2020                                         /s/ John A. Mendez_____

                                                                                Hon. John A. Mendez
                                                                                United States District Court Judge