HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorney for Defendant
VICTOR BARRAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR BARRAZA,<br><br>Defendant. | Case No. 2:19-cr-00240-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: October 20, 2020<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Justin Lee, attorneys for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorneys for defendant Victor Barraza that the Status Conference set for October 20, 2020 be continued to December 15, 2020.

In light of the COVID-19 pandemic, defense counsel requires additional time to review discovery, conduct investigation and mitigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 15, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4,

based upon defense preparation.

Respectfully submitted,

Dated:October 14, 2020

HEATHER E. WILLIAMS
Federal Defender

*s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
VICTOR BARRAZA

Dated: October 14, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant Unied States Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including December 15, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 20, 2020 status conference shall be continued until December 15, 2020, at 9:30 a.m.

DATED: October 14, 2020

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE