DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>VICTOR BARRAZA, )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No.: 19 CR 240 JAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:  November 2, 2021<br>Time:  9:00 a.m.<br>Judge:  Hon. John A. Mendez |

**STIPULATION**

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with Dina Santos, counsel for Victor Barraza, hereby stipulate the following:

1.  The Status Conference was previously set for September 28, 2021.  By this stipulation, the parties now move to continue the Status Conference to November 2, 2021, at 9:00 a.m. and to exclude time between September 28, 2021, and November 2, 2021, under the Local Code T-4 (to allow defense counsel time to prepare).

2.  The parties agree and stipulate, and request the Court find the following:

    a.  A continuance is requested to continue to allow the Defense to meet with the client who lives in Monterey County and only speaks Spanish, review the discovery, conduct investigation, and discuss a potential resolution.

STIPULATION AND ORDER            - 1 -

1     b.  Counsel for the Defendant believes the failure to grant a continuance in this

2         case would deny defense counsel reasonable time necessary for effective

3         preparation, taking into account the exercise of due diligence.

4     c.  The Government does not object to the continuance.

5     d.  Based on the above-stated findings, the ends of justice served by granting the

6         requested continuance outweigh the best interests of the public and the

7         defendants in a speedy trial within the original date prescribed by the Speedy

8         Trial Act.

9     e.  For the purpose of computing time under the Speedy Trial Act, 18 United

10         States Code Section 3161(h)(7)(A) within which trial must commence, the

11         time period of September 28, 2021, to November 2, 2021, inclusive, is deemed

12         excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and

13         (B)(iv), corresponding to Local Code T-4 because it results from a continuance

14         granted by the Court at defendant's request on the basis of the Court's finding

15         that the ends of justice served by taking such action outweigh the best interest

16         of the public and the defendant in a speedy trial.

17   3.  Nothing in this stipulation and order shall preclude a finding that other provisions

18      of the Speedy Trial Act dictate that additional time periods are excludable from

19      the period within which a trial must commence.

20

21     **IT IS SO STIPULATED.**

22

23  DATED:  September 24, 2021            Phillip Talbert
                                          United States Attorney

24

25                                /s/ Justin Lee
                                  JUSTIN LEE
                                  Assistant U.S. Attorney

26

  DATE:  September 24, 2021

27                                /s/ Dina Santos
                                    DINA SANTOS

28                                  Attorney for Victor Barraza

STIPULATION AND ORDER        - 2 -

1
2
3
4

**ORDER**

5       The Court has read and considered the Stipulation Regarding Excludable Time

6   Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby

7   finds that the Stipulation, which this Court incorporates by reference into this Order,

8   demonstrates facts that provide good cause for a finding of excludable time pursuant to

9   the Speedy Trial Act, 18 U.S.C. § 3161.

10      The Court further finds that: (i) the ends of justice served by the continuance

11  outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to

12  grant the continuance would deny defense counsel the reasonable time necessary for

13  effective preparation, taking into account the exercise of due diligence.

14      Nothing in this Order shall preclude a finding that other provisions of the Speedy

15  Trial Act dictate that additional time periods are excluded from the period within which

16  trial must commence.

17

18      **IT IS SO ORDERED.**

19

20

21   Dated:  September 24, 2021              /s/ John A. Mendez

22                                          THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28