Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
VICTOR BARRAZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>VICTOR BARRAZA,<br><br>                    Defendant | CASE NO. 19-CR-00240 JAM<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE J&S 2/24/22 AT 9:30 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee, and Defendant, VICTOR BARRAZA, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing to May 24, 2022, at 9:30 a.m., in the above-captioned matter. The briefing schedule will be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | May 24, 2022 |
| Reply, or Statement of Non-Opposition: | May 17, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 10, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 3, 2022 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 26, 2022 |
| **Presentence Report shall be prepared and disclosed to Counsel** | April 12, 2022 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 8, 2022           Phillip Talbert
                                  United States Attorney

                                  /s/ Justin Lee
                                  JUSTIN LEE
                                  Assistant United States Attorney

Dated: February 8, 2022           /s/ Dina L. Santos
                                  DINA L. SANTOS, ESQ.
                                  Attorney for Victor Barraza

## ORDER

IT IS SO FOUND AND ORDERED this 8th day of February, 2022

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE