Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
VICTOR BARRAZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>VICTOR BARRAZA,<br><br>           Defendant | CASE NO. 19-CR-00240 JAM<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE J&S 8/30/22 AT 9:30 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee, and Defendant, VICTOR BARRAZA, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing to August 30, 2022, at 9:30 a.m., in the above-captioned matter. Probation has been contacted and has not objection to the new schedule. The briefing schedule will be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | August 30, 2022 |
| Reply, or Statement of Non-Opposition: | August 23, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 16, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 09, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 02, 2022 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 14, 2022

Phillip Talbert
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

Dated: July 14, 2022

/s/ Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Victor Barraza

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of June, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE