1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160

4

5  Attorney for:
   VICTOR BARRAZA

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-240 JAM
10
                          Plaintiff,      STIPULATION AND ORDER  TO CONTINUE J&S
11                                        10/4/22 AT 9:30 A.M.
                  v.
12
   VICTOR BARRAZA,
13
                          Defendant
14

15

16

17
                              **STIPULATION**
18

19      Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney

20
   Justin Lee, and Defendant, VICTOR BARRAZA, by and through his counsel, Dina L. Santos, agree and
21
   stipulate to reset the date for Judgement and Sentencing to October 4, 2022, at 9:30 a.m., in the above-
22
   captioned matter.  Counsel for the Defense requires additional time to prepare for sentencing, continue
23
24 to gather documents related to sentencing and meet with client.  Probation has been informed of the new

25
   date and is available.
26

27

28
                                    1

1

2

3

4

5

6

7

8

9

10     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

11         IT IS SO STIPULATED.

12      Dated:  August 25, 2022                    Phillip Talbert
                                                    United States Attorney
13

14                                                   /s/ Justin Lee
                                                    JUSTIN LEE
15                                                  Assistant United States Attorney

16

17     Dated:  August 25, 2022                     /s/   Dina L. Santos
                                                   DINA L. SANTOS, ESQ.
18                                                 Attorney for Victor Barraza

19

20                                 **ORDER**

21

22         IT IS SO FOUND AND ORDERED this 25th day of August,  2022

23

24                                                 /s/ John A. Mendez

25                                                 THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE
26

27

28

                                         2